RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SULLIVAN WASHINGTON
RTE.9 WEST, P.O. BOX 1900
CANTON, IL 61520
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08cv4926
JUDGE ST. EVE
MAGISTRATE JUDGE BROWN

vs.

CYNTHIA HOLBROOK
SHERRY LYNN
DR. SETH OSAFO
HEALTH SERVICES
WEXFORD HEALTH SOURCE
ILLINOIS DEPARTMENT
OF CORRECTIONS (IDOC)
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: _S. Washington_

   B. List all aliases: _N/A_

   C. Prisoner identification number: _N24207_

   D. Place of present confinement: _H.C.Y Ill. River R_

   E. Address: _Route 9 west Canton IL, 61520_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: _Cindy Hobrock_

   Title: _Regional Coordinator_

   Place of Employment: _Office of Health Services_

   B. Defendant: _Sherry Lynn_

   Title: _Head of Nurses_

   Place of Employment: _Wexford I.D.O.C_

   C. Defendant: _Dr. Seth Osafo_

   Title: _Doctor_

   Place of Employment: _I.D.O.C_

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____N/A_____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

TO IN HOM THIS MAY CONCERN;   This is my statement of claims.

MY NAME IS SULLIVAN WASHINGTON, I AM CURRENTLY AN INMATE AT ILLINOIS RIVER CORRECTIONAL CENTER, IN CANTON, IL. MY IDOC ID No. is N24207.

IN DECEMBER OF 2007, WHILE UNDER THE INFIRMARY CARE, I HAD A STROKE AND WAS TAKEN TO THE METHODIST HOSPITAL IN CANTON, IL FOR OBSERVATION AND MEDICAL TREATMENT BUT WAS SENT BACK OR REQUESTED BACK BY THE STAFF IN CHARGE AT THE CORRECTIONAL CENTER THE SAME DAY. THE FOLLOWING DAY, I SUFFERED FROM ANOTHER STROKE AND AGAIN WAS TAKEN BACK TO THE HOSPITAL AND AGAIN WAS TAKEN BACK TO THE CORRECTIONAL CENTER ALMOST IMMEDIATELY.

I WAS INFORMED 3 WEEKS AGO THAT I REFUSED THERAPY AT METHODIST HOSPITAL. THE FACT OF MATTER IS THAT AT TIME THAT I WAS TO HAVE REFUSED TREATMENT/THERAPY FOR MY CONDITION, I COULDN'T EVEN PRONOUNCE MY OWN NAME. I WASN'T EVEN AWARE OF MY WHEREABOUTS FOR OVER 2½ MONTHS. AS A RESULT OF THESE EVENTS AND NEGLECT OF PROPER TREATMENT, I NOW HAVE LEFT-SIDE NEGLECT, WHICH MEANS THAT MY ENTIRE LEFT-SIDE OF MY BODY IS PARALIZED.

THE HEALTH CARE TREATMENT THAT I AM SUPPOSED TO BE RECEIVING SINCE IS GROSSLY INADEQUATE. FOR EXAMPLE, THERE IS NO THERAPY, NO EXERCISE, NO PROPER DIET FOR DIABETICS. I HAVE TO PRACTICALLY BEG TO GET SHOWERED WHICH IS ABOUT EVERY 3-5 DAYS THAT I GET ONE IF I'M LUCKY. I'VE WRITTEN MANY

GRIEVANCE REGARDING THESE AND OTHER HEALTHCARE OR LACK OF HEALTHCARE ISSUES TO THE POWERS THAT BE TO NO AVAIL.

I AM GETTING BY DAY BY DAY WITH THESE PEOPLE. I BOTTOMED OUT SINCE RETURNING TO THIS INFIRMARY AND WENT INTO DIABETIC COMATOSE DUE TO LACK OF THE NURSING STAFF TO ADMINISTER PROPER DOSES OF INSULIN TO ME. AFTER RECOVERING, I TRIED TO QUESTION SEVERAL NURSES AS TO WHAT HAPPENED TO ME AND WHY, THEY ALL SIMPLY LAUGH IT OFF AND AVOID THE ISSUE WITHOUT RESPONDING TO MY QUESTIONS, THEY LAUGH AND HAVE PRETENDED THAT THE WHOLE EVENT WAS A BIG JOKE. WELL, MY LIFE AND HEALTH ISSUES ARE CERTAINLY NOT A JOKE TO ME. I CONTINUE TO WRITE GRIEVANCES WITHOUT ANY RESPONSES. THEY KEEP FALLING ON DEFT EARS.

I'VE BEEN TRYING TO GET TRANSFERRED TO ANOTHER CENTER WITH PROPER TREATMENT FACILITIES, HOWEVER, A MISS STOKES, THE HEAD NURSING ADMINISTRATOR ALWAYS BLOCKS MY EFFORTS TO LEAVE THIS PLACE. ALTHOUGH SHE AND THE WARDEN HAVE PERSONALLY CONVEYED TO ME AND MY FAMILY THAT I AM ON A LIST TO BE TRANSFERRED, WHICH JUST A BUNCH OF LIES ON THEIR PART. I'VE ASKED TO BE PUT BACK INTO THERAPY BUT I'VE BEEN TOLD BY THE MEDICAL STAFF THAT IT'S TOO LATE FOR THERAPY BECAUSE THE DAMAGE IS PERMANENT. IT'S BEEN 7 MONTHS SINCE THE INITIAL STROKE AND THE SITUATION IS AT AN ALLTIME LOW. I AM GETTING

WEAKER BY THE DAY. I CONTINUE TO REQUEST BEING TRANSFERED TO A FACILITY WHERE I CAN RECEIVE PROPER TREATMENT/THERAPY, BUT THE INFAMUS MS. STOKES KEEPS INSISTING THAT NO OTHER FACILITY IN THE ILLINOIS SYSTEM CAN PROVIDE BETTER CARE FOR ME THAN THIS ONE. SHE'S ALSO THAT SAME PERSON THAT KEEPS REFUSING TO TURN OVER MY MEDICAL RECORDS TO ME. I FIND THAT ODD AND DISTURBING.

I HONESTLY DO NOT FEEL THAT THEY HAVE PROPERLY TRAINED PERSONNEL IN THIS (HCU) HEALTH CARE UNIT TO ADMINISTER THE CORRECT AND EFFECTIVE TREATMENT/THERAPY FOR HANDICAPPED AND/OR PARALYZED PATIENTS. I'M SIMPLY GETTING A BUNCH OF PILLS AND FOOD IS UNHEALTHY AND NOT A PROPER DIET FOR AN INSULIN DEPENDANT PERSON SUCH AS MYSELF. I AM GETTING THE SAME FOOD AS THE GENERAL POPULATION INMATES THAT EAT AT THE CHOW HALL EVERY MEAL. THIS CONTRIBUTES TO UNCONTROLLED GLUCOSE LEVELS AND MY HEALTH LEVEL IS DECREASING BY THE DAY.

I'VE WRITTEN TO MY FAMILY FOR HELP AND I THINK THAT MY MAIL IS BEING TAMPERED WITH. ALSO MY PHONE NUMBER TO MY PEOPLE HAS BEEN CUT-OFF AS WELL AS ALL OF MY OTHER APPROVED TELEPHON NUMBERS SO I HAVE NO WAY OF CALLING ANYONE AT THE PRESENT TIME.

THE ONLY WAY I CAN CURRENTLY CONTACT MY FAMILY IS BY MAIL SO I AM PLEADING FOR SOMEONE TO PLEASE COME TO MY AID. THANKING YOU FOR YOUR PROMPT ATTENTION TO THIS MOST URGENT MATTER, I REMAIN,

SINCERELY, W Arlington N24207

*[Notary stamp: "OFFICIAL SEAL" Don A. Burkhart, Notary Public, State of Illinois, My Commission Exp. 08/22/2008; signature and date 8/19/08]*

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*I want to be conversated for my injuries.*

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  22  day of  8 , 20 08

_W Ashing_
(Signature of plaintiff or plaintiffs)

_S. Washington_
(Print name)

_N24207_
(I.D. Number)

_Route 9 West_
_Canton IL, 61520_
(Address)

6                                                                 Revised 9/2007

**MEMORANDUM**

GRIEVANCE #08-0619

DATE: 5/23/08

TO: ~~W[redacted]~~  #N-24207

FROM: IRCC GRIEVANCE OFFICER

SUBJECT: Medical

Date Received: 5/23/08

The attached is being returned for the reason(s) listed below:

____ Contact your correctional counselor.

____ Use proper Committed Person's Grievance Report Form (DOC 0046).

____ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

____ Forward grievance direct to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions rendered by the Director, etc.).

____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

____ Illegible copy submitted – submit legible copy for consideration.

____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

**XXXX** Issue has been previously addressed on ___Pending___ by grievance # __08-0561__. No justification for further consideration.

____ Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

____ Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.).

____ MGT/SMGT is an administrative issue determined by the Warden and/or Director. Further consideration is not warranted.

Other: <u>IT IS NOT NECESSARY TO FILE NUMEROUS COPIES OF THE SAME GRIEVANCE. YOUR ISSUES WILL BE ADDRESSED UNDER 08-0561 ONLY. IN THE FUTURE, PLEASE DO NOT PROLONG THE GRIEVANCE PROCESS FOR YOURSELF AND OTHERS BY DUPLICATING GRIEVANCES.</u>

cc: Master File
   Grievance Officer File
   Form #36643

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

Date: May 17, 08
Committed Person (Please Print): S. Washington
ID#: N24207
Present Facility: IL River
Facility where grievance issue occurred: IL River

**NATURE OF GRIEVANCE:** Medical - Treatment

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: 5/17/08  Illinois River
  Date of Report / Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Not being properly treated and also not being able to get up out of the bed or shower, sometimes I go days without showering. This perticular day the nurse on 7-3 didn't want to get me up out of the bed I had to ask for a Lt. just to get fed and taken out of the bed. The nurse told me that she don't have to take me out of the bed if she doesn't want to.

**Relief Requested:** To have the nurses do thier job

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature / ID# / Date: 5/17/08

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: __/__/__
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

Print Counselor's Name / Counselor's Signature / Date of Response

---

**EMERGENCY REVIEW**

Date Received: 5/21/08
RECEIVED
MAY 2 3 2008
GRIEVANCE OFFICER

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature / Date: 5/12/08

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)
Printed on Recycled Paper