# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

FILED
AUG 2 8 2008 cm
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** SULLIVAN WASHINGTON

**Defendant(s):** CYNTHIA HOLBROCK, et al.

**County of Residence:** FULTON

**County of Residence:**

**Plaintiff's Address:**
Sullivan Washington
N-24207
Illinois River - IRCC
P.O. Box 1900
Canton, IL 61520

**Defendant's Attorney:** 08cv4926

08cv4926
JUDGE ST. EVE
MAGISTRATE JUDGE BROWN

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:**   **Date:** 8/28/08