CH

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED

AUG 2 8 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Sullivan washington
    Plaintiff

08 cr 4926

v.

Cindy Hobrock, Sherry Lynn Dr Seth osato
    Defendant(s)

08cv4926
**JUDGE ST. EVE
MAGISTRATE JUDGE BROWN**

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _____WASHIGTON_____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☒Yes          ☐No    (If "No," go to Question 2)
    I.D. # N24207 _____ Name of prison or jail: I.U. River
    Do you receive any payment from the institution? ☒Yes ☒No    Monthly amount: 19.82

2.  Are you currently employed?          ☐Yes          ☒No
    Monthly salary or wages:_____
    Name and address of employer: _____

    a.  If the answer is "No":
        Date of last employment: _____N/A_____
        Monthly salary or wages: _____N/A_____
        Name and address of last employer: _____N/A_____

    b.  Are you married?          ☒Yes          ☐No
        Spouse's monthly salary or wages: Don't Know
        Name and address of employer: N/A

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                              ☐Yes    ☒No
        Amount_____ Received by_____

b.    ☐ Business, ☐ profession or ☐ other self-employment        ☐Yes        ☒No
Amount_____ Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends        ☐Yes        ☒No
Amount_____ Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                        ☐Yes        ☒No
Amount_____ *N/A*_____ Received by_____

e.    ☐ Gifts or ☐ inheritances        ☐Yes        ☒No
Amount_____ *N/A*_____ Received by_____

f.    ☐Any other sources (state source:_____ *N* _____)        ☐Yes        ☒No
Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or
savings accounts?        ☐Yes        ☒No        Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other
financial instruments?        ☐Yes        ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?        ☐Yes        ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____ *N A* _____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                                        ☐Yes        ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☒No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8-19-08

_____
Signature of Applicant

_____
(Print Name)

------------------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, SULLIVAN ~~WASHINGTON~~ , I.D.# N24207 , has the sum of

$ 229.54 on account to his/her credit at (name of institution) ILLINOIS RIVER CORRECTIONAL CENTER

I further certify that the applicant has the following securities to his/her credit: NONE . I further

certify that during the past six months the applicant's average monthly deposit was $ SEE ATTACHED . STATEMENT

(Add all deposits from all sources and then divide by number of months).

AUGUST 21, 2008
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

MARK A. PIRTLE, BUSINESS ADMINISTRATOR
(Print name)

rev. 10/10/2007

Date: 8/21/2008
Time:  9:10am

d_list_inmate_trans_statement_composite

**Illinois River Correctional Center**
**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2008 thru End;    Inmate: N24207;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: N24207 Washington, Sullivan**                                **Housing Unit: IRI-H -01-B**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 79.75 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010232 | 71207 | State Bank Of Lincoln, Savings | 180.00 | 259.75 |
| 01/14/08 | Point of Sale | 60 Commissary | 014751 | 436823 | Commissary | -33.56 | 226.19 |
| 01/14/08 | Point of Sale | 60 Commissary | 014751 | 436894 | Commissary | 33.56 | 259.75 |
| 01/14/08 | Payroll | 20 Payroll Adjustment | 014112 | | P/R month of 12/2007 | 10.00 | 269.75 |
| 01/25/08 | Disbursements | 88 ceramic supplies | 025312 | Chk #113839 | 7693, CIBF,    Inv. Date: 12/11/2007 | -3.55 | 266.20 |
| 02/11/08 | Point of Sale | 60 Commissary | 042723 | 439812 | Commissary | -83.76 | 182.44 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045112 | | P/R month of 01/2008 | 10.00 | 192.44 |
| 02/28/08 | Point of Sale | 60 Commissary | 059751 | 441421 | Commissary | -14.23 | 178.21 |
| 03/11/08 | Point of Sale | 60 Commissary | 071751 | 442611 | Commissary | -14.70 | 163.51 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074112 | | P/R month of 02/2008 | 9.86 | 173.37 |
| 03/24/08 | Point of Sale | 60 Commissary | 084723 | 444375 | Commissary | -21.37 | 152.00 |
| 04/09/08 | Point of Sale | 60 Commissary | 100702 | 445937 | Commissary | -37.71 | 114.29 |
| 04/09/08 | Mail Room | 01 MO/Checks (Not Held) | 100288 | 12198828330 | Rogers, Joe | 30.00 | 144.29 |
| 04/14/08 | Payroll | 20 Payroll Adjustment | 105112 | | P/R month of 03/2008 | 10.00 | 154.29 |
| 04/17/08 | Disbursements | 80 Postage | 108312 | Chk #115480 | 15653, DOC: 523 Fund Inmate Re, Inv. Date: 04/14/2008 | -.58 | 153.71 |
| 04/18/08 | Point of Sale | 60 Commissary | 109723 | 447019 | Commissary | -31.87 | 121.84 |
| 05/02/08 | Point of Sale | 60 Commissary | 123751 | 448639 | Commissary | -28.81 | -93.03 |
| 05/02/08 | Mail Room | 09 Miscellaneous Receipts | 123212 | Cash | Canteen Refund | 2.50 | 95.53 |
| 05/05/08 | Mail Room | 01 MO/Checks (Not Held) | 126232 | 12276093521 | Branson, Mary | 50.00 | 145.53 |
| 05/15/08 | Payroll | 20 Payroll Adjustment | 136112 | | P/R month of 04/2008 | 10.00 | 155.53 |
| 05/15/08 | Point of Sale | 60 Commissary | 136751 | 449893 | Commissary | -45.23 | 110.30 |
| 05/16/08 | Disbursements | 80 Postage | 137312 | Chk #115971 | 16404, DOC: 523 Fund Inmate Re, Inv. Date: 04/25/2008 | -.58 | 109.72 |
| 05/29/08 | Point of Sale | 60 Commissary | 150751 | 451272 | Commissary | -24.78 | 84.94 |
| 06/11/08 | Point of Sale | 60 Commissary | 163751 | 452734 | Commissary | -23.06 | 61.88 |
| 06/11/08 | Payroll | 20 Payroll Adjustment | 163112 | | P/R month of 05/2008 | 10.00 | 71.88 |
| 06/24/08 | Point of Sale | 60 Commissary | 176751 | 454236 | Commissary | -17.12 | 54.76 |
| 07/15/08 | Point of Sale | 60 Commissary | 197751 | 455883 | Commissary | -52.58 | 2.18 |
| 07/15/08 | Payroll | 20 Payroll Adjustment | 197112 | | P/R month of 06/2008 | 10.00 | 12.18 |
| 07/17/08 | Disbursements | 84 Library | 199312 | Chk #117040 | 21267, DOC: 523 Fund Library,    Inv. Date: 07/10/2008 | -.75 | 11.43 |
| 07/25/08 | Disbursements | 80 Postage | 207312 | Chk #117288 | 470, DOC: 523 Fund Inmate Reim, Inv. Date: 07/21/2008 | -.42 | 11.01 |
| 07/25/08 | Mail Room | 01 MO/Checks (Not Held) | 207232 | 12199419652 | Rogers, Joe | 30.00 | 41.01 |
| 07/25/08 | Point of Sale | 60 Commissary | 207751 | 457411 | Commissary | -29.02 | 11.99 |
| 07/25/08 | Mail Room | 01 MO/Checks (Not Held) | 207232 | 71725 | State Bank Of Lincoln, Savings | 415.69 | 427.68 |
| 08/07/08 | Point of Sale | 60 Commissary | 220751 | 458726 | Commissary | -87.08 | 340.60 |
| 08/08/08 | Disbursements | 88 Miscellaneous Payables | 221312 | Chk #117438 | 1558, Washington, Shavon,    Inv. Date: 08/08/2008 | -100.00 | 240.60 |
| 08/14/08 | Payroll | 20 Payroll Adjustment | 227112 | | P/R month of 07/2008 | 10.00 | 250.60 |
| 08/21/08 | Point of Sale | 60 Commissary | 234723 | 460252 | Commissary | -21.06 | 229.54 |

Date: 8/21/2008
Time:    9:10am

d_list_inmate_trans_statement_composite

Illinois River Correctional Center
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 01/01/2008 thru End;    Inmate: N24207;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: N24207 Washington, Sullivan**                      **Housing Unit: IRI-H -01-B**

| | |
|---|---|
| Total Inmate Funds: | 229.54 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 229.54 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |